No. 474, Misc. ADAMS v. CAMERON, HOSPITAL SUPER-INTENDENT. C. A. D. C. Cir. Certiorari denied. *Acting Solicitor General Spritzer* for respondent.

No. 493, Misc. BLACK v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Calvin L. Brown* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 498, Misc. SMITH v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Marshall Patner* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 500, Misc. WRIGHT v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 515, Misc. SAUNDERS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *J. Perry Langford* for petitioner. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Philip C. Griffin,* Deputy Attorney General, for respondent.

No. 516, Misc. HENRY v. GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 6th Cir. Certiorari denied. *H. H. Gearinger* for petitioner. *Acting Solicitor General Spritzer* for respondent.

No. 535, Misc. RUIZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *George W. Jansen* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Jerome M. Feit* and *Kirby W. Patterson* for the United States.